**Daniel Hubert ROSS, Plaintiff-Appellant,**

v.

**MARYLAND STATE POLICE LICENSING DIVISION, Defendant-Appellee.**

No. 16-1809

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

Daniel Hubert Ross, Appellant Pro Se. Mark Holdsworth Bowen, Assistant Attorney General, Pikesville, Maryland, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Hubert Ross appeals the district court's orders granting Defendant's motion to dismiss and denying Ross leave to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Ross v. Md. State Police Licensing Div., No. 8:15–cv–01402–TDC, 2016 WL 1161078 (D. Md. Mar. 23, 2016 & June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED